No. 69703.—Lafayette Brass Mfg. Co., Inc., and Durst Industries, Inc. *v.* United States, protests 63/16556 and 65/6684 (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

No. 69704.—Gallagher & Ascher Company *v.* United States, protests 61/24710–12591, 62/17330–13118, and 61/12040–12264 (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of heaters and parts thereof similar in all material respects to those the subject of *Gallagher & Ascher Company* v. *United States* (52 CCPA 11, C.A.D. 849), the claim of the plaintiff was sustained.

No. 69705.—Morris Friedman et al. *v.* United States, protests 265801–K, etc. (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of brass articles similar in all material respects to those the subject of *Zanin & Son, Inc.* v. *United States* (50 Cust. Ct. 37, C.D. 2385), and Abstract 67834, the claim of the plaintiffs was sustained.